```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ALABAMA
                         SOUTHERN DIVISION
```

**UNITED STATES OF AMERICA,**  *
                               *
**vs.**                        *    **CRIMINAL NO. 16-00017-CB-B**
                               *
**GERALDINE SUTTON,**          *
                               *
    **Defendant.**         *

## ORDER

Jason Darley, counsel for Defendant Geraldine Sutton, filed a Notice of Intent to Plead Guilty (Doc. 30), wherein he advised the Court that Defendant desires to change her plea of not guilty and enter a plea of guilty to **Count One** of the Indictment. Accordingly, the pretrial conference currently scheduled for March 15, 2016 is hereby **CANCELED** and this action is set for a guilty plea hearing on **March 21, 2016, at 10:00 a.m., CST,** before Senior United States District Judge Charles R. Butler, Jr., in Courtroom 5B of the United States District Court, 113 St. Joseph Street, Mobile, Alabama, 36602.

The parties are **ORDERED** to file a written Rule 11 Plea Agreement not later than **one (1) full day prior to the guilty plea hearing. Delays in filing the plea agreement or tardy appearances for the guilty plea hearing will result in counsel being required to show cause why they should not be held in contempt.**

If Defendant does not plead as set forth above, counsel shall immediately notify the undersigned Magistrate Judge so that the pretrial conference can be rescheduled.

**ORDERED** this **14th** day of **March, 2016.**

/s/ SONJA F. BIVINS
**UNITED STATES MAGISTRATE JUDGE**